UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LYNN MALONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 16-cv-04926-JD<br><br>**ORDER REMANDING CASE TO SOCIAL SECURITY ADMINISTRATION** |

At the parties' joint request, the Court remands this case to the Commissioner of Social Security for further proceedings under 42 U.S.C. § 405(g). Dkt. No. 14. The Clerk is requested to enter final judgment in favor of plaintiff and against defendant, and to close the case. *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993) ("A sentence-four remand . . . is a judgment for the plaintiff.").

**IT IS SO ORDERED.**

Dated: January 27, 2017

JAMES DONATO
United States District Judge